<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 97-1535**

————————

MICHAEL F. DEHONEY,

Plaintiff - Appellant,

versus

BARCLAYS AMERICAN MORTGAGE COMPANY, and all
affiliated/subordinate financial subsidiary
fiduciaries to include Norwest Mortgage
Company,

Defendant - Appellee.

————————

Appeal from the United States District Court for the District of
South Carolina, at Florence. William B. Traxler, Jr., District
Judge. (CA-94-3510-4-21-BE)

————————

Submitted: November 20, 1997      Decided: December 9, 1997

————————

Before MURNAGHAN, MICHAEL, and MOTZ, Circuit Judges.

————————

Affirmed by unpublished per curiam opinion.

————————

Michael F. Dehoney, Appellant Pro Se. Jeffrey Alan Jacobs, NELSON,
MULLINS, RILEY & SCARBOROUGH, Columbia, South Carolina; Thornwell
Forrest Sowell, III, SOWELL, TODD, LAFFITTE, BEARD & WATSON,
L.L.C., Columbia, South Carolina, for Appellee.

————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's orders granting summary judgment and denying his motion for reconsideration. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Dehoney v. Barclays American Mortgage Co.</u>, No. CA-94-3510-4-21BE (D.S.C. Apr. 16, 1997). Further we deny Appellant's motions for stay of judgment pending appeal and Appellee's motion for a show cause order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>